■ In the Matter of County of Onondaga, Petitioner, v Pauline R. Kinsella et al., Constituting the Public Employ-

ment Relations Board of the State of New York, Respondents, and DEPUTY SHERIFF'S BENEVOLENT ASSOCIATION OF ONONDAGA COUNTY, Intervenor-Respondent.—Determination unanimously confirmed without costs, counterclaim for enforcement granted and petition dismissed. Memorandum: There is substantial evidence in the record to support respondents' determination that petitioner engaged in an improper employer practice (see, Civil Service Law § 209-a [1] [d]) when it unilaterally transferred the responsibility for guarding certain prisoners from employees of the Sheriff's Department, represented by the Deputy Sheriff's Benevolent Association, to employees of the Correction Department, represented by the Civil Service Employees Association (see, Matter of Levitt v Board of Collective Bargaining, 79 NY2d 120; 300 Gramatan Ave. Assocs. v State Div. of Human Rights, 45 NY2d 176, 182). (Article 78 Proceeding Transferred by Order of Supreme Court, Onondaga County, Hayes, J.) Present—Callahan, J. P., Green, Balio, Fallon and Davis, JJ.